✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                                   Nevada

Anthony Reyes, Cherice Reyes,

**JUDGMENT IN A CIVIL CASE**

Plaintiffs,

V.

Seterus, Inc.                                   Case Number:  2:13-cv-01423-RCJ-NJK

Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that Plaintiffs, Anthony Reyes and Cherice Reyes, shall recover from Defendant, Seterus, Inc., judgment in the amount of one thousand dollars or five hundred dollars per plaintiff.

December 23, 2013                           /s/ Lance S. Wilson
_____                    _____
Date                                        Clerk

                                           /s/ Molly Morrison
                                           _____
                                            (By) Deputy Clerk